UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR CAMPOS, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class*,

            Plaintiff,

-against-

VEGG 58TH LLC
    d/b/a MASSERIA DEI VINI,
PEPE WEST 48TH STREET LLC
    d/b/a LA MASSERIA,
GIUSEPPE COLADONATO,
GIUSEPPE IUELE,
EDWARD RICCI, and
VINCENZO RUGGIERO,

            Defendants.

Case No.: 1:20-cv-1337-RA

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiff, VICTOR CAMPOS, are hereby dismissed without prejudice, in their entirety, as against Defendant, VEGG 58TH LLC d/b/a MASSERIA DEI VINI, PEPE WEST 48TH STREET LLC d/b/a LA MASSERIA, GIUSEPPE COLADONATO, GIUSEPPE IUELE, EDWARD RICCI, and VINCENZO RUGGIERO, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: May 5, 2020
       New York, New York

SO ORDERED.

_____
Hon. Ronnie Abrams
5/6/2020

**Lee Litigation Group, PLLC**

_____
C.K. Lee, Esq. (CL 4086)
148 West 24th Street, Eighth Floor
New York, NY 10011
Phone: (212) 465-1188